UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROJECT TRAVEL, LLC,

    Plaintiff,

v.                                                  Case No. 8:24-cv-2817-WFJ-LSG

JASON ROWE,

    Defendant.
_____/

PROJECT TRAVEL, LLC,

    Plaintiff,

v.                                                  Case No. 8:25-cv-2967-WFJ-AAS

TERRA DOTTA, LLC,

    Defendant.
_____/

## **ORDER**

Upon due and careful consideration of the Plaintiff's Unopposed Motion for Consolidation of these two cases (Dkt. 24), the Court consolidates the cases for discovery and trial purposes and **ORDERS** as follows:

1) Plaintiff Project Travel, LLC's Unopposed Motion for Consolidation filed in Case Number 8:25-cv-2967-WFJ-AAS (Dkt. 24) is **granted**. These two cases will travel together for all further proceedings. Case Number

8:24-cv-2817-WFJ-LSG (the "Rowe Action") will be designated as the lead case. Case Number 8:25-cv-2967-WFT-AAS (the "Terra Dotta Action") will be designated as the member case.

2) All future filings and papers shall be made in the appropriate particular individual case—either the Rowe Action or the Terra Dotta Action. The consolidated parties will not be added to the lead case.

3) The parties must file an amended joint Uniform Case Management Report for the Rowe action and a joint Uniform Case Management Report for the Terra Dotta action within fourteen (14) days.

**DONE AND ORDERED** at Tampa, Florida, on December 4, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record